

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2014

No. 04-14-00382-CR

Rene **ESCALANTE**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 452nd District Court, Edwards County, Texas
Trial Court No. 1679
The Honorable Robert Hoffman, Judge Presiding

# O R D E R

Appellant's brief was filed on September 19, 2014. The State's brief was due to be filed on October 20, 2014. On October 20, 2014, the attorney for the State of Texas filed a motion for extension of time requesting an extension of time until December 4, 2014, for a total of forty-five days.

The State's motion is GRANTED, IN PART. The State's brief is due to be filed no later than November 19, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court